FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

21 JAN 13 PM 3:42

IN THE UNITED STATES DISTRICT COURT
FOR THE 6th DISTRICT OF Ine
Western DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Lynell Willis Jr.

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Elizabethtown Community College

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:21-cv-26 - BJB

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lynell Willis Jr. |
| Street Address | 803 Tami Court |
| City and County | Elizabethtown - Hardin |
| State and Zip Code | Kentucky - 42701 |
| Telephone Number | (344) 606-0590 |
| E-mail Address | jamesbyck@yahoo.com |

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Elizabethtown Community College |
| Job or Title (if known) | |
| Street Address | 600 College Rd. |
| City and County | Elizabethtown - Hardin |
| State and Zip Code | Kentucky - 42701 |
| Telephone Number | (270) 769-2371 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

   State and Zip Code   _____

   Telephone Number   _____

   E-mail Address   _____
   (if known)

  Defendant No. 3

   Name   _____

   Job or Title   _____
   (if known)

   Street Address   _____

   City and County   _____

   State and Zip Code   _____

   Telephone Number   _____

   E-mail Address   _____
   (if known)

  Defendant No. 4

   Name   _____

   Job or Title   _____
   (if known)

   Street Address   _____

   City and County   _____

   State and Zip Code   _____

   Telephone Number   _____

   E-mail Address   _____
   (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Irregular school codes, False graducating rate, Not on track w/ grading given %'s off, Professors not matching the own study scrle with the one school is jivan.

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* Lyndall Will, Jr., is a citizen of the State of *(name)* Kentucky.

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* ECC College, is a citizen of the State of *(name)* Kentucky. Or is a citizen of *(foreign nation)* U.S.A.

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In 2020 I took 5 classes at Elizabethtown Comm. College in E-town, Ky paying cash. I did not go through w/ the 5 classes nor withdrew from them due to no time and my employment. In Dec. 2020 the college put me on academic suspension before probation making me miss the 2021 semester untill Aug. 2021. Then obviously not a open college. Their scantron is messed up Received failing grades scoring 48 out of 50 question on 1 use grading scale. On line classes on wise percentages coming off grade earned not totaled as all grades earned. Would like the school to be investigated on grading scale, scantron, probation; suspension laws.


IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Caused me to miss the Spring 2021 Semester. Having been discrimated by the college on non-formulated graded scale in 2011 as well as 2016-2020. I do not receive any help from the state of Ky. nor ECC find that it's unfair that they suspended me before administering probation. Their Scantron is off. Out of 458 points professors were giving me a 48 missed points out of 50 10 pts each question not one wrist.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan 9th, 2020

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Lynell Willis Jr.

B. **For Attorneys**

Date of signing: _____, 20__.

6

Lynell Willis Jr.
503 Tami Court
Elizabethtown, Ky. 42701



LOUISVILLE KY 400
11 JAN 2021 PM 1 L

Gene Snyder Court House
601 W. Broadway Rm. 247
Louisville, Ky. 40202

40202-222772